Dismissed and Memorandum Opinion filed May 20, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00549-CR

____________

 

RICARDO ROQUE, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 228th District Court

Harris County, Texas

Trial Court Cause No. 906957 

 



 

MEMORANDUM
OPINION

This is an attempted appeal from an order denying appellant’s
motion for leave to file an affidavit of innocence.  The record reflects
appellant was convicted in August 2002.

  Initially, this court construed appellant’s motion as an
attempt to file a subsequent application for writ of habeas corpus and
transmitted the record to the Texas Court of Criminal Appeals.  The Texas Court
of Criminal Appeals returned the record stating it was not properly before that
court.  

Subsequently, appellant filed his brief.  In his sole issue,
appellant claims the trial court abused its discretion denying his motion for
leave to file an affidavit of innocence where sections 4(a)(1) and (2) of
Article 11.07 of the Texas Code of Criminal Procedure requires an applicant
seeking to file a subsequent post-conviction application of a writ of habeas
corpus to make a threshold showing.  

We lack jurisdiction over this attempted appeal.  The
exclusive post-conviction remedy after final felony convictions in Texas courts
is through a writ of habeas corpus returnable to the Texas Court of Criminal
Appeals, pursuant to article 11.07 of the Code of Criminal Procedure.  See
Ater v. Eighth Court of Appeals, 802 W.W.2d 241, 243 (Tex. Crim. App.
1991); Tex. Code Crim. Proc. Ann. art. 11.07 (Vernon Supp. 2009).

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

 

Panel consists of Justices Brown,
Sullivan, and Christopher.

Do Not Publish C Tex. R. App. P. 47.2(b).